# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06cv131

| | |
|---|---|
| VIRGINIA GREELEY, executrix of the Estate of Paul J. Greeley; and VIRGINIA GREELEY, ) ) ) ) Plaintiffs, ) ) Vs. ) ) AUTO-OWNERS INSURANCE CO., a ) Michigan Corporation; BLACKWELL ) CONSTRUCTION, INC., a South ) Carolina Corporation; JERRY ) BLACKWELL and wife, SANDRA ) BLACKWELL, ) ) Defendants. ) _____ ) | ORDER |

**THIS MATTER** is before the court on Virginia Greeley's, as executrix of the estate of Paul J. Greeley, Motion for Substitution as petitioner. Having considered the motion of Virginia Greeley's, as executrix of the estate of Paul J. Greeley, and reviewed the pleadings, and finding that no response is required, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that the Motion for Substitution as Petitioner (#15) of Virginia Greeley, executrix of the estate of Paul J. Greeley, is **GRANTED,** and Virginia Greeley, in her capacity as executrix of the estate of Paul J. Greeley, is substituted for Paul J. Greeley, deceased. Such substitution is reflected in the caption of this Order.

Signed: August 3, 2006

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge