# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:06cv131

| | |
|---|---|
| VIRGINIA GREELEY, executrix of the Estate of Paul J. Greeley; and VIRGINIA GREELEY, <br>       Plaintiffs, <br><br> Vs. <br><br> AUTO-OWNERS INSURANCE CO., a Michigan Corporation, <br><br>       Defendant and <br>       Third-Party Plaintiff, <br><br> Vs. <br><br> BLACKWELL CONSTRUCTION, INC., a South Carolina Corporation; JERRY BLACKWELL, and wife, SANDRA BLACKWELL, <br><br>       Third-Party Defendants. | ORDER |

**THIS MATTER** is before the court the court's own Motion for Status of Case. By leave of court, defendant was allowed to file a Third-Party Complaint on May 11, 2007. On May 30, 2007, defendant and third-party plaintiff filed affidavits of service indicating that they had served the individual defendants Blackwell and on June 7, 2007, defendant and third-party plaintiff filed an affidavit of service indicating that the corporate third-party defendant had been served. The last Answer was due to be filed not later than June 25, 2007, making all third-party defendants past due by at least 30 days. Defendant and Third-party plaintiff had not, however, moved for entry of

default.  Counsel for defendant and third-party plaintiff shall file a status report not later than August 7, 2007, indicating why this case has not been moved forward.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court's own Motion for Status of Case is **GRANTED**, and counsel for defendant and third-party plaintiff shall file a status report not later than August 7, 2007, explaining the delay in moving this case forward.

Signed: July 25, 2007

Dennis L. Howell
United States Magistrate Judge