# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV131

| | |
|---|---|
| VIRGINIA GREELEY, Executrix of the Estate of Paul J. Greeley; and VIRGINIA GREELEY, <br><br>    Plaintiffs, <br><br>Vs. <br><br>AUTO-OWNERS INSURANCE CO., a Michigan Corporation, and BLACKWELL CONSTRUCTION, INC., a South Carolina Corporation, <br><br>    Defendants, <br><br>And <br><br>AUTO-OWNERS INSURANCE CO., a Michigan Corporation, <br><br>    Defendant and <br>    Third-Party Plaintiff, <br><br>Vs. <br><br>BLACKWELL CONSTRUCTION, INC., a South Carolina Corporation; JERRY BLACKWELL, and wife, SANDRA BLACKWELL, <br><br>    Third-Party Defendants. | **DECLARATORY JUDGMENT** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the motion of Defendant and Third-Party Plaintiff Auto-Owners Insurance Co., for summary judgment is **ALLOWED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant and Third-Party Plaintiff Auto-Owners Insurance Co., is not obligated under the terms of the policy of insurance at issue herein to defend or indemnify the Third-Party Defendants in the litigation now pending in the North Carolina General Court of Justice, Superior Court Division of Polk County, North Carolina.

**IT IS FURTHER ORDERED** that, all matters having been resolved by this Memorandum and Order and Declaratory Judgment, this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: January 25, 2008

Lacy H. Thornburg
United States District Judge